FILED

11/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0658

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0658

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                O R D E R

COLTER HELTON HENRY,

     Defendant and Appellant.

_____

Appellant Colter Helton Henry was granted an extension of time to file and serve the opening brief on or before November 13, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 22, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2023